LIONEL Z. GLANCY, #134180
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

STEVEN J. TOLL
DANIEL S. SOMMERS
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C
1100 New York Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARCUS H. SEIGLE, On Behalf of Himself and All Others Similarly Situated,

Plaintiff,

vs.

CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ and ALEXANDER J. YAROSHINSKY,

Defendants.

No. C-06-6972-SC

CLASS ACTION

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the above-captioned Complaint without prejudice.

DATED: November 16, 2006

GLANCY BINKOW & GOLDBERG LLP

By: _s/Lionel Z. Glancy_
    Lionel Z. Glancy

1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

1

Dockets.Justia.com

|   |   |
|---|---|
| 1 | COHEN, MILSTEIN, HAUSFELD |
| 2 | & TOLL, P.L.L.C |
|   | Steven J. Toll |
| 3 | Daniel S. Sommers |
|   | 1100 New York Ave., N.W. |
| 4 | Washington, D.C. 20005 |
|   | Telephone: (202) 408-4600 |
| 5 | Facsimile: (202) 408-4699 |
| 6 | *Attorneys for Plaintiff* |

(Lines 7–28 blank)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
<u>AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES</u>**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 16, 2006, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1  **Plaintiff's Notice of Voluntary Dismissal**

on all ECF-registered parties in the action.

Executed on November 16, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*S/Kyaa Heller*
Kyaa Heller