LIONEL Z. GLANCY, #134180
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

STEVEN J. TOLL
DANIEL S. SOMMERS
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C
1100 New York Ave., N.W.
Washington, D.C.  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS H. SEIGLE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ and ALEXANDER J. YAROSHINSKY,<br><br>Defendants. | No. C-06-6972-SC<br><br>CLASS ACTION<br><br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the above-captioned Complaint without prejudice.

DATED: November 16, 2006

GLANCY BINKOW & GOLDBERG LLP

By: _s/Lionel Z. Glancy_
Lionel Z. Glancy

1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

| | |
|---|---|
| 1 | |
| 2 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C |
| 3 | Steven J. Toll |
| 4 | Daniel S. Sommers |
| 5 | 1100 New York Ave., N.W. |
|   | Washington, D.C. 20005 |
|   | Telephone: (202) 408-4600 |
|   | Facsimile: (202) 408-4699 |

*Attorneys for Plaintiff*

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
<u>AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES</u>**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 16, 2006, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1   **Plaintiff's Notice of Voluntary Dismissal**

on all ECF-registered parties in the action.

Executed on November 16, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_S/Kyaa Heller_
Kyaa Heller